Alice Chih-Mei Chen (NV Bar No. 9781)
achen@shanleyapc.com
Daniel M. Shanley (NV Bar No. 6821)
dshanley@shanleyapc.com
SHANLEY, a Professional Corporation
533 South Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Facsimile: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Services
Administrative Corporation, formerly known as
Carpenters Southwest Administrative Corporation
and Board of Trustees for the Western
States Carpenters Trusts, formerly known as
Board of Trustees for the Carpenters Southwest
Trusts,

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN METAL FABRICATORS LLC; a Domestic Limited Liability etc.;<br><br>Defendants. | CASE NO. 2:18-ms-00089<br><br>ORDER ON APPLICATION FOR RENEWAL OF JUDGMENT |

The Court having considered Plaintiffs' Application for Renewal of

Judgment, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Judgment in favor of plaintiffs,

CARPENTERS SERVICES ADMINISTRATIVE CORPORATION ("CSAC"),

formerly known as CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION and BOARD OF TRUSTEES FOR THE WESTERN STATES

CARPENTERS TRUSTS formerly known as BOARD OF TRUSTEES FOR THE

CARPENTERS SOUTHWEST TRUSTS, and against defendants, AMERICAN

METAL FABRICATORS, a Domestic Limited Liability Company;  EARL JEROME WALLACE, also known as JERRY WALLACE, an individual, be renewed and extended for six years from the date of entry of this order.  As of November 17, 2025, the total Judgment amount against AMERICAN METAL FABRICATORS LLC, a Domestic Limited Liability Company is $648,151.70; and against EARL JEROME WALLACE, also known as JERRY WALLACE, an individual is $104,339.51.

Dated: March 10, 2026

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Shanley,
A Professional Corporation

By: _____
       Alice Chih-Mei Chen

## PROOF OF SERVICE (By Mail)
(Carpenters v. American Metal Fabricators, etc.,)
(USDC-Nevada Case No. 2:18-ms-00089)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On November 26, 2025, I served a copy of the foregoing document, described as: **ORDER ON APPLICATION FOR RENEWAL OF JUDGMENT**

**on defendants, addressed as follows:**

American Metal Fabricators LLC
a Domestic Limited-Liability Company
5380 S. Valley View Blvd., Ste. A
Las Vegas, Nevada 89118

Collin D. Cook
Katarzyna Nowak
Fisher & Phillips LLP
1 Embarcadero Center, Suite 2050
San Francisco, CA 94111

Earl Jerome Wallace, aka Jerry Wallace
(address redacted)
Henderson, Nevada  89015

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]   (BY DEPOSIT FOR COLLECTION)**      I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on November 26, 2025, at Los Angeles, California.**

**[X]   (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco